UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRIYA TAHILIANI and KIM TSAI

Plaintiffs,

v.

CITY OF EVERETT, MAYOR CARLO
DEMARIA, CITY OF EVERETT SCHOOL
COMMITTEE, WILLIAM HART, JEANNE
CRISTIANO and MICHAEL MANGAN,

Defendants.

Civil Action No.: 1:24-CV-10544-WGY

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS MOTION FOR ORDER COMPELLING PRODUCTIONOF DOCUMENTS AND THINGS

Pursuant to Fed. R. Civ. P. 37(a)(3), and L.R. 37.1, Plaintiffs Priya Tahiliani and Kim

Tsai move this court to order the Defendant City of Everett to produce within 30 days the

documents and things described in its Request for Production of Documents, as required by Fed.

R. Civ. P. 34. A copy of the request is attached hereto as **Exhibit A.**

In support of this motion, Plaintiffs Priya Tahiliani and Kim Tsai state that the Request

for Production was served on October 31, 2024. On December 11, 2024, the parties agreed to an

extension of time to respond to January 10, 2025. A copy of this correspondence is attached

hereto as **Exhibit B.** On January 8, 2025, Plaintiffs agreed to a request by Counsel for the

Defendant City of Everett for a further two-week extension of time to produce documents to

accommodate personal circumstances. A copy of this correspondence is attached hereto as

**Exhibit C.** The Defendant City of Everett produced a dozen documents responsive to a few of

1

the requests on January 26, 2025 (most of which were records that were either originally created

by the Plaintiffs or that the Plaintiffs previously had obtained), and stated that they would

supplement the production. Defendant's counsel indicated that "the search for emails has proven

to be more time consuming than expected, and I'll produce those as soon as I can." A copy of

this correspondence is attached hereto as **Exhibit D.**

On January 30, 2025, the parties met via video conference and the undersigned counsel

agreed to a further extension of time to March 31, 2025 for the City to complete the production

of documents, based in part on representations by the Defendant's counsel that tens of thousands

of documents were forthcoming, and they needed time to review. However, as of March 24,

Defendant's counsel indicated in an update on the status of their document production "[w]e are

awaiting voluminous email production from the City's IT dept but that has taken longer than

expected. 'Any day now' is the status of our second production." A copy of this correspondence

is attached hereto as **Exhibit E.** The agreed upon deadline of March 31, 2025, came and went

without any supplemental production from the City following the initial production of January

28th.

Counsel conferred via Zoom conference on April 3, 2025 at 2:00PM for approximately

half an hour, regarding the status of the City's document production. Christopher Brown and

Andrew Bettinelli were present for the Plaintiffs; Janet Barringer and Alexandra Held were

present for the School Committee; and Jay Lee and Christopher Cridler were present for Mayor

DeMaria and the City. The City's Counsel indicated that they still had yet to receive any further

documents from the City. The Defendant City of Everett's continued delay in producing

documents has had cascading effects on the Plaintiffs' efforts to complete discovery, requiring

the further postponement of depositions that have been scheduled and rescheduled multiple

times. The discovery deadline in this case is set for April 20, 2025. The parties have discussed a

forthcoming joint motion to request a further extension of the case management order deadlines

to complete discovery, however, without complete production from the Defendant City of

Everett, the parties cannot determine any dates certain for the further extension of deadlines.

Accordingly, the Plaintiffs respectfully request that the Court order the Defendant City of

Everett to produce within 30 days the documents and things described in the Plaintiffs' Request

for Production of Documents as required by Fed. R. Civ. P. 34, order the Defendant city of

Everett to pay the Plaintiffs' reasonable expenses incurred in making this motion, including

attorneys' fees, and order that further delay will be a basis for the Plaintiffs to apply to the Court

to impose sanctions on the Defendant the City of Everett.

Respectfully submitted,
The Plaintiffs,
Priya Tahiliani and Kim Tsai,
By their counsel,

*/s/ Andrew N. Bettinelli*

_____
Christopher L. Brown (BBO# 663176)
Ivria Glass Fried (BBO# 688177)
Andrew N. Bettinelli (BBO# 703220)
Harrington Heep LLP
40 Grove Street, Suite 190
Wellesley, MA 02482
(617) 489-1600
cbrown@harringtonheep.com
ifried@harringtonheep.com
abettinelli@harringtonheep.com

Dated: April 11, 2025

**<u>Certificate of Service</u>**

        I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 10, 2025.

Dated: April 11, 2025
                                 */s/ Andrew N. Bettinelli*
                                 Andrew N. Bettinelli (BBO# 703220)
                                 Harrington Heep LLP
                                 40 Grove Street, Suite 190
                                 Wellesley, MA 02482
                                 (617) 489-1600
                                 abettinelli@harringtonheep.com