UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRIYA TAHILIANI and KIM TSAI<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVERETT, MAYOR CARLO DEMARIA, CITY OF EVERETT SCHOOL COMMITTEE, WILLIAM HART, JEANNE CRISTIANO and MICHAEL MANGAN,<br><br>Defendants. | Civil Action No.: 1:24-CV-10544-WGY |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS AND THINGS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Plaintiffs hereby withdraw their Motion for Order Compelling Production of Documents and Things dated April 11, 2025.

    Respectfully submitted,
    The Plaintiffs,
    Priya Tahiliani and Kim Tsai,
    By their counsel,

    */s/ Andrew N. Bettinelli*
    _____
    Christopher L. Brown (BBO# 663176)
    Ivria Glass Fried (BBO# 688177)
    Andrew N. Bettinelli (BBO# 703220)
    Harrington Heep LLP
    40 Grove Street, Suite 190
    Wellesley, MA 02482
    (617) 489-1600
    cbrown@harringtonheep.com
    ifried@harringtonheep.com
    abettinelli@harringtonheep.com

Dated: April 14, 2025

**Certificate of Service**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 14, 2025.

| | |
|---|---|
| Dated: April 14, 2025 | */s/ Andrew N. Bettinelli*<br>Andrew N. Bettinelli (BBO# 703220)<br>Harrington Heep LLP<br>40 Grove Street, Suite 190<br>Wellesley, MA 02482<br>(617) 489-1600<br>abettinelli@harringtonheep.com |