UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRIYA TAHILIANI and KIM TSAI

        Plaintiffs,

v.

CITY OF EVERETT, MAYOR CARLO DEMARIA, CITY OF EVERETT SCHOOL COMMITTEE, WILLIAM HART, JEANNE CRISTIANO and MICHAEL MANGAN,

        Defendants.

Civil Action No.: 1:24-CV-10544-WGY

## AMENDED MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Fed. R. Civ. P. 37(a)(3), and L.R. 37.1, Plaintiffs Priya Tahiliani and Kim Tsai move this court to order Defendants to produce within 15 days all text messages, and all other documents responsive to their Requests for Production of Documents, as required by Fed. R. Civ. P. 34. The Plaintiffs further request that the Court order the Defendants to pay the Plaintiffs' reasonable expenses incurred in making this motion, including attorneys' fees, and order that further delay will be a basis for the Plaintiffs to apply to the Court to impose sanctions on the Defendants. A draft order is attached hereto as **Exhibit A.**

In support of this Motion to Compel, the Plaintiffs submit the attached Memorandum of Law and Affidavit of Christopher L. Brown, Esq.

1

Respectfully submitted,
The Plaintiffs,
Priya Tahiliani and Kim Tsai,
By their counsel,

*/s/ Christopher L. Brown*

_____
Christopher L. Brown (BBO# 663176)
Ivria Glass Fried (BBO# 688177)
Andrew N. Bettinelli (BBO# 703220)
Harrington Heep LLP
40 Grove Street, Suite 190
Wellesley, MA 02482
(617) 489-1600
cbrown@harringtonheep.com
ifried@harringtonheep.com
abettinelli@harringtonheep.com

Dated: May 30, 2025

**Certificate of Service**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants.

| | |
|---|---|
| Dated: May 30, 2025 | */s/ Andrew N. Bettinelli* <br> Andrew N. Bettinelli (BBO# 703220) <br> Harrington Heep LLP <br> 40 Grove Street, Suite 190 <br> Wellesley, MA 02482 <br> (617) 489-1600 <br> abettinelli@harringtonheep.com |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1**

      Pursuant to L.R. 37.1, counsel for the Plaintiffs hereby certify that they conferred with counsel for the Defendants on April 25, 2025, and further by email communication, in a good faith attempt to narrow or resolve the issues prior to filing the Plaintiffs Motion to Compel Production.

Dated: May 30, 2025                                        */s/ Andrew N. Bettinelli*
                                                                                    Andrew N. Bettinelli (BBO# 703220)
                                                                                    Harrington Heep LLP
                                                                                    40 Grove Street, Suite 190
                                                                                    Wellesley, MA 02482
                                                                                    (617) 489-1600
                                                                                    abettinelli@harringtonheep.com