UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRIYA TAHILIANI and KIM TSAI<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVERETT, MAYOR CARLO DEMARIA, CITY OF EVERETT SCHOOL COMMITTEE, WILLIAM HART, JEANNE CRISTIANO and MICHAEL MANGAN,<br><br>Defendants. | Civil Action No.: 1:24-CV-10544-WGY |

**AFFIDAVIT OF ANDREW N. BETTINELLI, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' CITY OF EVERETT SCHOOL COMMITTEE, WILLIAM HART, JEANNE CRISTIANO AND MICHAEL MANGAN'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

I, Andrew N. Bettinelli, under oath, depose and state as follows:

1. I am an attorney in good standing admitted to practice in the United States District Court for the District of Massachusetts. Together with my colleagues Christopher L. Brown and Ivria Fried, I represent the Plaintiffs in the above-captioned matter and I have personal knowledge of the facts stated in this affidavit.

2. I served Requests for Production of Documents to the Defendant City of Everett ("City") on counsel for the Defendants' City of Everett School Committee, William Hart, Jeanne Cristiano and Michael Mangan by email on October 31, 2024. A true and accurate copy of this correspondence is attached to my affidavit as **Exhibit A**.

1

3. I served Interrogatories on Defendants Jeanne Cristiano and Michael Mangan by email on December 6, 2024. A true and accurate copy of this correspondence is attached to my affidavit as **Exhibit B**.

4. I received Defendant Michael Mangan's Answers to Plaintiffs' First Set of Interrogatories on January 10, 2025. A true and accurate copy of this correspondence is attached to my affidavit as **Exhibit C**.

5. I received Defendant Jeanne Cristiano's Answers to Plaintiffs' First Set of Interrogatories on January 10, 2025. A true and accurate copy of this correspondence is attached to my affidavit as **Exhibit D**.

6. As part of a rolling production, the Defendants City of Everett School Committee produced documents in response to Plaintiffs' Request for the Production of Documents. As part of its production, the counsel produced three privilege logs, which describe the nature of the documents or communications not produced.

7. In a privilege log dated February 19, 2025, Defendants' counsel asserts privilege over nearly 30 emails, which include "@ci.everett.ma.us" email domains, including more than a dozen "michael.mangan@ci.everett.ma.us" emails. A true and accurate copy of this privilege log is attached to my affidavit as **Exhibit E.**

8. In a privilege log dated March 26, 2025, Defendants' counsel asserts privilege over one "michael.mangan@ci.everett.ma.us" email. A true and accurate copy of this privilege log is attached to my affidavit as **Exhibit F.**

9. In a privilege log dated April 22, 2025, Defendants' counsel asserts privilege over five "michael.mangan@ci.everett.ma.us" emails. A true and accurate copy of this privilege log is attached to my affidavit as **Exhibit G.**

10. On May 12, 2025, Defendants City of Everett and Mayor Carlo DeMaria filed a Motion for a Protective Order relative to suspected privileged documents produced as part of its April 14, 2025, Production. *See* Docket No. 57.

11. On May 22, 2025, Plaintiffs filed an Opposition to Defendants Motion, which offers that the suspected privilege production includes emails from "outside counsel email domains," expressly including "@fmglaw.com," which is the domain of the School Committee Defendants counsel. *See* Docket No. 60, p. 4.

12. On May 26, this Court denied Defendants' City of Everett and Mayor Carlo DeMaria's motion. *See* Docket No 61.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 11 DAY OF JUNE, 2025.

*Andrew N. Bettinelli*
Andrew N. Bettinelli, Esq., BBO# 703220

**Certificate of Service**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants.

Dated: June 11, 2025                     */s/ Andrew N. Bettinelli*
                                                            Andrew N. Bettinelli (BBO# 703220)
                                                            Harrington Heep LLP
                                                            40 Grove Street, Suite 190
                                                            Wellesley, MA 02482
                                                            (617) 489-1600
                                                            abettinelli@harringtonheep.com