EXHIBIT A

Monday, June 9, 2025 at 2:47:20 PM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Tahiliani & Tsai v. City of Everett, et al. (1:24-cv-10544-WGY) - Mayor/City Written Discovery Requests |
| **Date:** | Thursday, October 31, 2024 at 1:28:01 PM Eastern Daylight Time |
| **From:** | Andrew Bettinelli |
| **To:** | Christopher Cridler, Jay Lee |
| **CC:** | Alexandra Held, Christopher Brown, Ivria Fried, Janet R. Barringer |
| **Attachments:** | RPD for City 103124.pdf, Ints for Mayor 103124.pdf, Ints for City 103124.pdf, image001.png, image002.png, image003.png, image004.png |

Hello Jay and Chris,

Attached for service are the Plaintiffs' written discovery requests for the City of Everett and Mayor DeMaria in the above captioned matter.

Thank you,

Andrew



### ANDREW N. BETTINELLI

Associate at Harrington Heep

**office** 617-489-1600
**cell** 857-972-0575
**email** abettinelli@harringtonheep.com
**website** harringtonheep.com
**address** 40 Grove Street, Suite 190 Wellesley, MA 02482

Follow Us:





This e-mail and any attachments contain attorney-client privileged material and/or are privileged and confidential. If you are not the intended recipient, please note that any review, disclosure, distribution, use or duplication of this message and its attachments is prohibited. Please notify the sender immediately if you have received this e-mail in error. Thank you for your cooperation.