EXHIBIT B

**Monday, June 9, 2025 at 2:45:47 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Tahiliani, et al. v. City of Everett, et al.: Interrogatories for Ms. Cristiano, Mr. Mangan and Mr. Hart |
| **Date:** | Friday, December 6, 2024 at 4:35:05 PM Eastern Standard Time |
| **From:** | Andrew Bettinelli |
| **To:** | Janet R. Barringer, Alexandra Held |
| **CC:** | Ivria Fried, Christopher Brown, Jay Lee, Christopher Cridler |
| **Attachments:** | Cristiano First Ints 1262024.pdf, Hart First Ints 1262024.pdf, Mangan First Ints 1262024.pdf, image001.png, image002.png, image003.png, image004.png |

Hello Janet and Alexandra,

Attached for service are the Plaintiffs' interrogatories for Ms. Cristiano, Mr. Mangan and Mr. Hart.

Thank you,

Andrew



### ANDREW N. BETTINELLI

Associate at Harrington Heep

**office** 617-489-1600
**cell** 857-972-0575
**email** abettinelli@harringtonheep.com
**website** harringtonheep.com
**address** 40 Grove Street, Suite 190 Wellesley, MA 02482

Follow Us:





This e-mail and any attachments contain attorney-client privileged material and/or are privileged and confidential. If you are not the intended recipient, please note that any review, disclosure, distribution, use or duplication of this message and its attachments is prohibited. Please notify the sender immediately if you have received this e-mail in error. Thank you for your cooperation.