EXHIBIT F

Priya Tahiliani and Kim Tsai v. Everett School Committee et al.

Evertt School Committee Privilege Log 3.26.2025

| Begin Bates | End Bates | Begin Attach Bates | End Attach Bates | Parent Bates | Child Bates | Privilege Basis | Parent Date | Description | From | To | CC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ESC019329 | ESC019329 | ESC019329 | ESC019329 | ESC019329 | | Attorney-Client Communications | 3/7/2023 23:42 | Email Communication | jcristiano@everett.k12.ma.us | Robert W. Galvin <rwgalvin@comcast.net> | |
| ESC019330 | ESC019331 | ESC019330 | ESC019331 | ESC019330 | | Attorney-Client Communications | 3/7/2023 17:33 | Email Communication | Robert W. Galvin <rwgalvin@comcast.net> | jcristiano@everett.k12.ma.us | |
| ESC019639 | ESC019640 | ESC019639 | ESC019640 | ESC019639 | | Attorney-Client Communications | 3/22/2023 12:19 | Email Communication | slambert@everett.k12.ma.us | "Robert W. Galvin" <rwgalvin@comcast.net> | mMangan@everett.k12.ma.us |
| ESC019641 | ESC019641 | ESC019641 | ESC019641 | ESC019641 | | Attorney-Client Communications | 6/6/2023 15:59 | Email Communication | slambert@everett.k12.ma.us | "Robert W. Galvin" <rwgalvin@comcast.net> | |
| ESC019366 | ESC019367 | ESC019366 | ESC019367 | ESC019366 | | Attorney-Client Communications | 11/27/2023 7:27 | Email Communication | michael.mangan@ci.everett.ma.us | "Robert W. Galvin" <rwgalvin@comcast.net> | |