EXHIBIT G

| Begin Bates (VOL005) | End Bates (VOL005) | Parent Date | Description | From | To | CC |
|---|---|---|---|---|---|---|
| ESC019881 | ESC019881 | 1/16/2020 15:38 | Email communication | "Lamonica, Joseph" <jlamonica@everett.k12.ma.us> | "Robert W. Galvin" <rwgalvin@comcast.net> | |
| ESC019934 | ESC019934 | 1/19/2022 10:19 | Email communication | "Lamonica, Joseph" <jlamonica@everett.k12.ma.us> | "Robert W. Galvin" <rwgalvin@comcast.net> | |
| ESC019935 | ESC019935 | 1/21/2022 13:54 | Email communication | "CLAIRE LAIDLAW" <cplaidlaw@comcast.net> | "jmarcus@everett.k12.ma.us" <jmarcus@everett.k12.ma.us> | |
| ESC019936 | ESC019936 | 1/21/2022 13:54 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | "'Jeanne Cristiano'" <jeannemcristiano@gmail.com>;"'Michael McLaughlin'" <mikeforeverett@yahoo.com>;cplaidlaw@comcast.net;michael.mangan@ci.everett.ma.us;mbarros@everett.k12.ma.us;csarnie@everett.k12.ma.us;mcardello@everett.k12.ma.us;slambert@everett.k12.ma.us;jlamonica@everett.k12.ma.us;mayorcarlo.demaria@ci.everett.ma.us | colleen.mejia@ci.everett.ma.us |
| ESC019937 | ESC019937 | 1/21/2022 13:54 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | cplaidlaw@comcast.net;mikeforeverett@yahoo.com;michael.mangan@ci.everett.ma.us;jeannemcristiano@gmail.com | "'Tahiliani, Priya'" <ptahiliani@everett.k12.ma.us>;"'Kim Tsai'" <ktsai@everett.k12.ma.us>;"'Canty, Francesse'" <fcanty@everett.k12.ma.us> |
| ESC019938 | ESC019938 | 1/21/2022 13:54 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | "'Jeanne Cristiano'" <jeannemcristiano@gmail.com>;"'Michael McLaughlin'" <mikeforeverett@yahoo.com>;cplaidlaw@comcast.net;michael.mangan@ci.everett.ma.us;mbarros@everett.k12.ma.us;csarnie@everett.k12.ma.us;mcardello@everett.k12.ma.us;slambert@everett.k12.ma.us;jlamonica@everett.k12.ma.us;mayorcarlo.demaria@ci.everett.ma.us | colleen.mejia@ci.everett.ma.us |
| ESC019939 | ESC019939 | 1/21/2022 13:54 | Email communication | | | |
| ESC019940 | ESC019940 | 1/21/2022 13:54 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | "'Jeanne Cristiano'" <jeannemcristiano@gmail.com>;"'Michael McLaughlin'" <mikeforeverett@yahoo.com>;cplaidlaw@comcast.net;michael.mangan@ci.everett.ma.us | colleen.mejia@ci.everett.ma.us |
| ESC019941 | ESC019941 | 1/21/2022 13:54 | Email communication | "Colleen Mejia" <Colleen.Mejia@ci.everett.ma.us> | "Robert W. Galvin" <rwgalvin@comcast.net>;"'Jeanne Cristiano'" <jeannemcristiano@gmail.com>;"'Michael McLaughlin'" <mikeforeverett@yahoo.com>;"cplaidlaw@comcast.net" <cplaidlaw@comcast.net>;"Michael Mangan" <Michael.Mangan@ci.everett.ma.us>;"mbarros@everett.k12.ma.us" <mbarros@everett.k12.ma.us>;"csarnie@everett.k12.ma.us" <csarnie@everett.k12.ma.us>;"mcardello@everett.k12.ma.us" <mcardello@everett.k12.ma.us>;"slambert@everett.k12.ma.us" <slambert@everett.k12.ma.us>;"jlamonica@everett.k12.ma.us" <jlamonica@everett.k12.ma.us>;"Mayor Carlo DeMaria" <mayorcarlo.demaria@ci.everett.ma.us> | |
| ESC019977 | ESC019977 | 11/21/2022 16:20 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | "jlamonica@everett.k12.ma.us" <jlamonica@everett.k12.ma.us> | |
| ESC019978 | ESC019978 | 11/21/2022 16:20 | Email communication | | | |
| ESC019980 | ESC019980 | 11/29/2022 17:27 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | jmarcus@everett.k12.ma.us | "'Janet R. Barringer'" <janet.barringer@fmglaw.com> |
| ESC019981 | ESC019981 | 11/29/2022 17:29 | Email communication | "Robert W. Galvin" <rwgalvin@comcast.net> | jlamonica@everett.k12.ma.us | "'Janet R. Barringer'" <janet.barringer@fmglaw.com>;"'Jeanne Cristiano'" <jeannemcristiano@gmail.com> |
| ESC019982 | ESC019982 | 11/30/2022 6:44 | Email communication | "Lamonica, Joseph" <jlamonica@everett.k12.ma.us> | "Robert W. Galvin" <rwgalvin@comcast.net> | |
| ESC020002 | ESC020002 | 11/18/2023 10:52 | Email communication | "Bob Galvin Jr." <rwgalvin@galvin-legal.com> | "jlamonica@everett.k12.ma.us" <jlamonica@everett.k12.ma.us> | "MacKinlay, Glenn" <gmackinlay@mccarter.com> |
| ESC020003 | ESC020003 | 11/18/2023 10:57 | Email communication | "Bob Galvin Jr." <rwgalvin@galvin-legal.com> | "jmarcus@everett.k12.ma.us" <jMarcus@everett.k12.ma.us> | "MacKinlay, Glenn" <gmackinlay@mccarter.com> |