**EXHIBIT 1**

| Plaintiffs Exhibit No. | Document |
| --- | --- |
| P1 | Dr. Tahiliani Employment Agreement with Everett Public Schools |
| P2 | Video Footage from School Committee January 4, 2021 Meeting |
| P3 | 3/11/22 Email Correspondence to Mayor DeMaria |
| P4 | 3/21/22 Email Correspondence to School Committee |
| P5 | Video Footage from School Committee May 16, 2022 Meeting |
| P6 | Video Footage from School Committee June 6, 2022 Meeting |
| P7 | Video Footage from School Committee July 18, 2022 Meeting |
| P8 | Video Footage from City Council December 12, 2022 Meeting |
| P9 | School Committee 2022 Composite Evaluation of Dr. Tahiliani |
| P10 | 1/17/23 Email Correspondence Tsai to Tahiliani |
| P11 | School Committee August 21, 2023 Special Meeting Notice |
| P12 | William Hart DESE Licensure Record October 2023 |
| P13 | School Committee October 30, 2023 Meeting Notice |
| P14 | Video Footage from School Committee October 30, 2023 Meeting |
| P15 | 12/27/23 Hart Employment Agreement with Everett Public Schools |
| P16 | T. Ronco Memo to File re: Complaints About School Administration |
| P17 | 1/29/24 Facebook post by School Committee Member McLaughlin |
| P18 | Compliance Plus Workplace Investigations Executive Summary March 2024 |
| P19 | Priya Tahliani Resume from 2023 Superintendent Search Process |
| P20 | William Hart Resume from 2023 Superintendent Search Process |
| P21 | 11/29/23 Superintendent Search Committee Executive Session Minutes |