**EXHIBIT 2**

**The City of Everett School Committee, Jeanne Cristiano, Michael Mangan and William Hart's Proposed Exhibits:**

1. May 20, 2019 Everett School Committee meeting minutes (ESC_1432-33)
2. July 15, 2019 Superintendent Search Committee meeting minutes (ESC_14235)
3. September 10, 2019 Superintendent Search Committee meeting minutes (ESC_14237)
4. 2019 Superintendent Search Posting (ESC_19642)
5. November 13, 2019 School Committee meeting minutes (ESC_14240)
6. December 14, 2019 School Committee meeting minutes (ESC_14243)
7. December 19, 2019 School Committee meeting minutes (ESC_14245)
8. January 16, 2020 School Committee meeting minutes (ESC_14247)
9. September 7, 2021 School Committee meeting minutes (ESC_014489-14494)
10. Everett School Committee Superintendent Evaluation 2020 – 2021 (PTKT_004962-004976)
11. December 20, 2021 School Committee meeting minutes (ESC_014546-14551)
12. November 21, 2022 School Committee meeting minutes (ESC_015016-015023)
13. December 19, 2022 School Committee meeting minutes (ESC015089-915096)
14. Everett School Committee Superintendent Evaluation 2022 (PTKT_005092-5110)
15. March 6, 2023 School Committee meeting minutes (ESC_015269-015274)
16. May 24, 2023 Email from M. Mangan to R. Shurtleff (ESC_19366-67)
17. June 5, 2023 School Committee meeting minutes (ESC_015758-64)
18. October 16, 2023 School Committee meeting minutes (ESC_016515-20)
19. October 30, 2023 School Committee meeting minutes (ESC_016534-36)
20. December 20, 2023 School Committee meeting minutes (ESC_16888-89)
21. December 20, 2023 School Committee meeting minutes (ESC_16645-47)
22. December 27, 2023 School Committee meeting minutes (ESC_16690-91)
23. T. Ronco Memo to File Re: Complaints about School Administration
24. February 2, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000047-000048)
25. February 8, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000057)
26. March 25, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000136-000138)
27. March 26, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000141)
28. March 27, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000143-144)
29. March 29, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000147-148)
30. March 31, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000153-155)
31. April 5, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000168-000171)
32. April 7, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000182)
33. April 17-20, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000200-000201)

34. April 27, 2020, Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000216-217)
35. April 29, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000226)
36. May 13-14, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000245-000247)
37. May 19-20, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000258-000259)
38. May 22-27, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000261-000265)
39. May 28, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000270)
40. May 28-30, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000273-000274)
41. June 11, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000295-000296)
42. June 23, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000327-328)
43. June 24, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000334)
44. July 9, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000363-364)
45. August 19, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000418-419)
46. August 20, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000422-000426)
47. August 24, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000429)
48. August 26, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000434-000435)
49. September 1, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000453-000454)
50. September 3, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000459-465)
51. October 30-31, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000532-533)
52. November 3, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000536-537)
53. November 11, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000550-551)
54. November 12, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000553-554)
55. November 17, 2020 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000559-560)
56. January 5, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000602-000604)

57. January 26, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000626)
58. January 27, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000628-629)
59. February 13, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000642)
60. August 25, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000777-000778)
61. August 26, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000781-000782)
62. September 20-22, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000824-000825)
63. October 6, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000838)
64. December 2, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000882)
65. December 8, 2021 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000886)
66. January 17, 2022 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000935)
67. January 21, 2022 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-000943)
68. June 8 - 9, 2022 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001052-1054)
69. October 13-14, 2022 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001139-001140)
70. November 26, 2022, 2022 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001165-001167)
71. March 15, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001213)
72. March 26, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001221-1223)
73. July 4, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001277-1278)
74. August 17, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001307-1309)
75. October 27-30, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001351-1353)
76. October 31, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001354)
77. November 7, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001361-001366)
78. November 20, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001379)
79. November 28, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001387-001388)

80. December 5, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001396-001397)
81. December 11, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001419)
82. December 14, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001412)
83. December 20, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001430-1432)
84. December 22, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001434)
85. December 22, 2023 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001435)
86. January 6, 2024 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001438)
87. January 10, 2024 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001444-1445)
88. September 12, 2024 Text Message exchange between Kim Tsai and Priya Tahiliani (PTKT-001500)
89. October 26, 2020 Text Message exchange between Frank Parker, Marcony Almeida Barros, Tom Abruzzese, and Priya Tahiliani (PTKT-001601-1605)
90. October 31, 2023 Text Message exchange between Jeanne Cristiano & Priya Tahiliani (PTKT-001657)
91. November 7, 2023 Text Message exchange between Jeanne Cristiano & Priya Tahiliani (PTKT-001658)
92. November 3, 2021 Text Message exchange between Joe LaMonica and Priya Tahiliani (PTKT-001662-1663)
93. February 6, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001675)
94. February 24, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001680)
95. February 29-March 4, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001684-1689)
96. March 26, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001700)
97. April 6, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001706-1710)
98. May 11, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001723-1724)
99. May 14-15, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001727-1729)
100. June 15, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001759)
101. June 18, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001765-1677)
102. August 20-21, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001816-1819)

103. September 3, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001835)
104. October 7, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001868)
105. October 30-31, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001875)
106. November 7, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001878)
107. December 3, 2020 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001903-1904)
108. January 6, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001920-001921)
109. February 16, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001972)
110. February 22, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001977)
111. February 28, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-001984-1985)
112. June 14-15, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002040-002041)
113. October 21, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002081)
114. October 26, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002088)
115. November 2, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002092-002093)
116. November 14, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002101)
117. December 11-20, 2021 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002109-002111)
118. January 4, 2022 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002117-002119)
119. February 5, 2022 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002130-2131)
120. May 22, 2022 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-0002175-2178)
121. June 1, 2022 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002190)
122. April 27, 2023 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002261-002262)
123. September 24 – August 17, 2023 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002269-002270)
124. November 7, 2023 Text Message exchange between Marcony Almeida Barros and Priya Tahiliani (PTKT-002276)
125. December 18, 2023 Text Message exchange between Robin Babcock and Priya Tahiliani (PTKT-002296)

126. May 23, 2021 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002411)
127. June 15, 2021 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002443)
128. October 4-14, 2021 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002490-2493)
129. November 2, 2021 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002505)
130. December 14, 2021 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002521)
131. October 31, 2023 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002605)
132. November 17, 2023 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002609)
133. February 5, 2024 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002615-002616)
134. June 24, 2024 Text Message exchange between Danna Murray and Priya Tahiliani (PTKT-002624)
135. May 13-14, 2020 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002648)
136. June 9, 2020 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002659)
137. July 21, 2020 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002680)
138. August 20, 2020 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002684)
139. September 25, 2020 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002706)
140. October 22-27, 2022 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002717-002721)
141. November 1, 2020 Text Message exchange between Frank Parker and Priya Tahiliani (PTKT-002724-002725)
142. June 21, 2024 – October 19, 2024 Text Message exchange between Samantha Lambert and Priya Tahiliani (PTKT-003025)
143. November 26, 2022 Text Message exchange between Jeanne Cristiano and Kim Tsai (PTKT-003118)

The City of Everett School Committee, Jeanne Cristiano, Michael Mangan and William

Hart reserve the right to supplement this list of exhibits.