UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Priya Tahiliani, et al</u>
Plaintiffs

CIVIL ACTION NO.
<u>24-cv-10544-WGY</u>

V.

<u>City of Everett, et al</u>
Defendants

## ORDER OF DISMISSAL

**YOUNG, D.J.**

**IT IS ORDERED** that this action is hereby dismissed with prejudice.

By the Court,

September 30, 2025     /s/ Kellyann Belmont
Date     Deputy Clerk